THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 In the Interest of: April
 N., A Minor Under the Age of Seventeen, Appellant.
 
 
 

Appeal from Anderson County
Barry W. Knobel,
 Family Court Judge
Unpublished Opinion No.  2008-UP-038
Submitted January 2, 2008  Filed January 11, 2008

APPEAL DISMISSED

 
 
 
 Assistant
 Appellant Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent
 Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER
 CURIAM:  April N.
 appeals her guilty plea to assault and battery and sentence of ninety days in
 the custody of the Department of Juvenile Justice and indefinite period of
 probation.  She maintains her guilty plea failed to conform with the mandates
 set forth in Boykin v. Alabama because the plea court explained her
 rights in a cursory manner.  395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] April N.s appeal and grant counsels motion to be relieved.
 
APPEAL DISMISSED.
HUFF AND PIEPER, JJ., AND CURETON, A.J., CONCUR.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.